# United States Bankruptcy Court
**Eastern District of Michigan**

In re **Gregory M. Lent / Jennifer M. Lent**, Debtor(s)

Case No. **18-53518-mlo**
Chapter **13**

## PAYMENT ORDER

The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (E.D.M.);

**IT IS HEREBY ORDERED** that **Michigan Department of Corrections, Region II Fee Collection Unit, P.O. Box 100, Flint, MI 48501** ("Payor"), at

immediately forward and make payable to: **Tammy L. Terry, Chapter 13 Trustee, P.O. Box 2039, Memphis, TN 38101-2039**

**$530.64** per **Bi-weekly** (pay period) of Gregory Lent's future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

**Signed on October 26, 2018**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge