UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:  Case No. 18-53518 MLO
Chapter 13
Hon. MARIA L. OXHOLM

GREGORY M LENT & JENNIFER M. LENT
                 Debtor.
_____/

TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
248/352-4340

WILLIAM C. BABUT (P41099)
Attorney for Debtor
700 Towner Street
Ypsilanti MI 48198
734/485-7000
_____/

# OBJECTIONS TO CONFIRMATION OF
# CHAPTER 13 PLAN OF REORGANIZATION

NOW COMES MEMBER FIRST MORTGAGE, LLC., by and through its attorneys, HOLZMAN LAW, PLLC, and for its Objections to Confirmation of Chapter 13 Plan, states as follows:

1. On or about October 4, 2018 the Debtor filed a voluntary Petition for Relief pursuant to 11 U.S.C. Chapter 13.

2. The debtors are indebted to Member First Mortgage in the amount of $65,074.52 for a loan secured by real estate located at 3619 Francis, Jackson, MI.

3. The on-going mortgage payment is $687.82 per month and the mortgage is contractually due for March 2018 and all subsequent installment payments.

4. The Debtors have been unable to remain current on this loan since at least June 2016 as more for thoroughly set forth in Creditors Proof of Claim (Claim No. 7).

6. The Debtors' proposed Chapter 13 Plan (the "Plan") provides for a monthly

payment of $1,149.71. PACER DKT. 17.

7.     The Plan further states that the Creditor will be paid as a Class 4.1 claim in the amount of $687.82 and as a Class 4.2 claim in the amount of $7,300.00 for the pre-petition arrearage. PACER DKT. 17.

8.     Debtors' Schedule I further states that the Debtor has had the same source of income, specifically a Corrections Officer with Michigan Department of Corrections, for 18 years. PACER DKT. 19.

9.     Inasmuch as Debtors' income was insufficient to keep the mortgage current for more than 2 ½ years, Creditor questions the feasibility of the Proposed Plan, despite Debtor's increased earnings from 2016 to 2017. PACER DKT. 21.

10.    For the reasons set forth above, the Creditor requests a 30 day future default for the duration of this proceeding, with the maximum opportunities to cure limited to three (3). If the Debtors default a fourth time, the automatic stay would lift without further notice, motion or hearing.

WHEREFORE, MEMBER FIRST MORTGAGE, LLC. requests this Court to deny confirmation of the Debtor's Chapter 13 Plan.

HOLZMAN LAW, PLLC

Dated: November 20, 2018

By: /s/ TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
248/352-4340

IN RE:  Case No. 18-53518 MLO
 Chapter 13
 Hon. MARIA L. OXHOLM

GREGORY M LENT & JENNIFER M. LENT
 Debtor.
_____/
TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
248/352-4340

WILLIAM C. BABUT (P41099)
Attorney for Debtor
700 Towner Street
Ypsilanti MI 48198
734/485-7000

_____/

## PROOF OF SERVICE

Diane M. Weaver, hereby certifies that on 11/20/18, she filed the following documents via ECF:

- **Objection to Chapter 13 Plan of Reorganization**
- **Proof of Service**

which served upon:

TAMMY L. TERRY, Trustee and WILLIAM C. BABUT, ESQ.

Dated: 11/20/18  /s/ Diane M. Weaver for
 HOLZMAN LAW, PLLC
 bankruptcy@holzmanlaw.com
 28366 Franklin Road
 Southfield, MI 48034
 248/352-4340