**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**IN THE MATTER OF:**               CHAPTER 13
Gregory M. Lent                    CASE NO. 18-53518-MLO
Jennifer M. Lent, Debtor(s).       JUDGE MARIA L. OXHOLM
_____/

## TRUSTEE'S OBJECTIONS TO
## CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES,** the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1.      The Trustee objects to the debtor's failure to fully complete the Bankruptcy Petition Coversheet, as the debtor has failed to provide complete information regarding Part 3 and to disclose Mrs. Lent's prior case number 05-46104. The Trustee requests that the debtor amend the Bankruptcy Petition Coversheet accordingly.

2.      The debtor testified at the §341 First Meeting of Creditors that the **non- filing spouse** is currently looking for employment. The Trustee requests that the debtor provide the status of the non-filing spouse employment at confirmation and/or amend Schedules I and J at any point in time that the non-filing spouse becomes employed.

3.      The debtors provide for treatment of Holtzman Law, PLLC as a class 4.1 claim providing $0.00 as a monthly payment. The Trustee objects to this treatment and requests that the debtors remove the law firm from the plan.

4.      The Trustee objects to the debtors' failure to disclose the date the debts were incurred and the last four digits of the account number in Schedule D and the Trustee requests an amendment of same.

5.      The Trustee requests that the debtor provide copies of three (3) post-petition pay stubs at least 14 days prior to confirmation.

6.      The debtor testified at the §341 First Meeting of Creditors that the debtor is currently receiving overtime income; however, this income is not disclosed on Schedule I and the Trustee request an amendment of same.

7.      The debtor's Plan fails to provide that all of the debtor's projected disposable income be utilized to fund the Plan. Specifically, the debtor's Schedule J has overstated the following expense(s) in contravention of 11 U.S.C. 1325(a)(3) and/or 11 U.S.C. 1325(b):

a.      Water, sewer, garbage collection - $178.00

b. Telephone, cell phone, Internet, satellite and cable services - $588.00. The Trustee objects to this expense as it is not reasonably necessary for the maintenance and support of the debtors and their dependents. The Trustee requests that the debtors increase best effort by $300.00 per month.

c. Food - $1,200.00

The Trustee requests that the debtor provide proof of these expenses within fourteen days.

8. A review of the Debtors Schedule I indicates a 401k loan in the monthly amount of $128.00. The Trustee requests the Debtor provide the specific date upon which this obligation will be paid in full. To the extent that this obligation will be paid in full during the pendency of the Chapter 13 case, the Trustee requests that best efforts be increased by the amount of the 401k loan payment in the month immediately following the month in which the obligation is paid in full.

9. The debtors provide in Schedule J that $1,119.36 is available to fund the plan monthly. However, the debtors proposes to remit payments in the amount of $1,149.71 per month, which may impact feasibility. Feasibility is required pursuant to 11 U.S.C. 1325(a)(6).

**WHEREFORE,** the Chapter 13 Trustee requests this Honorable Court deny confirmation of the debtor's (s') Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Tammy L. Terry, Chapter 13 Trustee

February 4, 2019

/s/ *Tammy L. Terry*
TAMMY L. TERRY (P-46254)
Chapter 13 Standing Trustee
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)
/s/ MARILYN R. SOMERS-KANTZER (P-52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
Gregory M. Lent
Jennifer M. Lent, Debtor(s).

_____/

CHAPTER 13
CASE NO. 18-53518-MLO
JUDGE MARIA L. OXHOLM

## CERTIFICATE OF MAILING

I hereby certify that on February 5, 2019, a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's(s') attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

*/s/ Patrice N. Watson*
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Gregory M. Lent
Jennifer M. Lent
3619 Francis
Jackson, MI 492030000

BABUT LAW OFFICES PLLC
700 TOWNER ST
YPSILANTI, MI 481980000