UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: **Gregory M. Lent and Jennifer M. Lent**
      Debtor(s).

CHAPTER 13
CASE NO: **18-53518**
JUDGE **Maria Oxholm**

3619 Francis
Jackson, MI 49203
xxx-xx-2734
xxx-xx-1573                                    /

## EX PARTE MOTION TO REINSTATE DEBTORS' CHAPTER 13 CASE

NOW COMES Debtors, Gregory M. Lent and Jennifer M. Lent, by and through their attorneys, Babut Law Offices, PLLC, who hereby move this Honorable Court to Reinstate their Chapter 13 case as follows:

1. Debtors filed the captioned Chapter 13 proceeding with this Court on October 4, 2018.
2. Debtors' Chapter 13 Plan has not yet been confirmed.
3. According to the Court's December 18, 2018 Order Adjourning Hearing, the debtors were to have a 100% payment history on the Trustee's records by March 11, 2019..
4. Due to a miscommunication between Debtors and their counsel, Debtors were under the mistaken belief that they would have to bring sufficient payment to their confirmation hearing scheduled for March 18, 2019 to bring their payment history to 100%.
5. Debtors have since mailed the Trustee a payment of $3,650.00, giving them a payment history of over 100%. (See: Attached Exhibit B)
6. In the interests of judicial economy, all interested parties and the Court would be better served by allowing the Reinstatement of this case, rather than forcing the Debtors to re-file a new bankruptcy case or seek alternative methods to deal with their creditors.
7. A Proposed Order is attached as Exhibit A.

WHEREFORE Debtors pray this Honorable Court enter an Order Reinstating her Chapter 13 bankruptcy.

Dated March 19, 2019                    /s/William C. Babut
                                        William C. Babut
                                        Babut Law Offices PLLC
                                        700 Towner
                                        Ypsilanti, MI 48198
                                        (734) 485-7000
                                        wbabut@babutlaw.com
                                        P41009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **Gregory M. Lent and** | | CHAPTER 13 |
| In re: **Jennifer M. Lent** , | | CASE NO: **18-53518** |
| Debtor(s). | | JUDGE **Maria Oxholm** |

3619 Francis
Jackson, MI 49203
xxx-xx-2734
xxx-xx-1573 /

## EX PARTE ORDER TO REINSTATE DEBTORS' CHAPTER 13 CASE

This matter is before the Court on Debtors' Ex Parte Motion to Reinstate Debtors' Chapter 13 Case and the Court being fully advised in the premises;

**IT IS ORDERED** that Debtors' Chapter 13 Bankruptcy Case is hereby reinstated.

**IT IS FURTHER ORDERED** that Debtors shall serve a copy of this Order on all creditors and parties in interest and shall file a Certificate of Service within 7 days of entry of this Order.

EXHIBIT A

**CASHIER'S CHECK**

The Huntington National Bank - Branch 440475
Columbus, Ohio 43219

No. 2012988177

Date 03/18/2019

Remitter  GREGORY AND JENNIFER LENT #18-53518-mlo

$ **3,650.00**

Pay  Three Thousand Six Hundred Fifty Dollars & 00/100

To the Order Of  CHAPTER 13 TRUSTEE TLT

Drawer: The Huntington National Bank
Columbus, Ohio 43219

By [signature]
Authorized Signer

DRAWEE: The Huntington National Bank
Columbus, Ohio 43219

⑈ 2012988177⑈ ⑆044000024⑆ 0189251724⑈

ITEM # 13151L (Rev 9/12)

**EXHIBIT**
B

# United States Bankruptcy Court
## Eastern District of Michigan

In re: Gregory M. Lent, Jennifer M. Lent
Debtor(s)

Case No. 18-53518
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2019, a copy of the Ex-Parte Motion To Reinstate Debtors' Chapter 13 Case, Exhibit A and Exhibit B were served electronically or by regular United States mail to all interested parties.

/s/ William C. Babut
William C. Babut P41099
BABUT LAW OFFICES, P.L.L.C.
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000 Fax:(734) 485-6251
wbabut@babutlaw.com